UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Austin, Karen A.**               Case No.:    **18-29363-JKS**

Chapter:     **7**

Judge:       **John K. Sherwood**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk |
| --- | --- |
|  | United States Bankruptcy Court |
|  | 50 Walnut Street |
|  | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable **John K. Sherwood** on **December 18, 2018**, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. **3D**. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of Property:   **Flagship Timeshare Condominiums, 60 North Main Avenue, Atlantic City, New Jersey**

   **Current  Market Value of Property:  $5,200.00**

Liens on property:

Amount of equity claimed as exempt:  **$5,200.00**

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29363-JKS
Karen A Austin                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 13, 2018
                              Form ID: pdf905          Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db             +Karen A Austin,    2241 Stecher Avenue,    Union, NJ 07083-5253
517783767     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,     201 Little Falls Dr,
                 Wilmington, DE 19808)
517783765      +Aa Action Collection C,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
517783768      +Apex Asset Management LLC,    1891 Santa Barbara Drive,    Lancaster, PA 17601-4106
517783769     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517783770      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517783771      +Barnabus Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6504
517783775      +Citibank, NA,    PO Box 769006,    San Antonio, TX 78245-9006
517783776      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
517783777      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
517783778      +KML Law Group, P.C.,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
517783779     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Unit,
                 PO Box 245,    Trenton, NJ 08695-0245)
517783780      Sunrise Credit Services, Inc,    PO BOX 9100,    Farmingdale, NY 11735-9100
517783781      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
517783782      +US Deptartment of Education/Great Lakes,     Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 01:37:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 01:37:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517783766       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 14 2018 01:37:12      American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
517783774       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 01:41:19      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517783772      +E-mail/Text: bankruptcy@usecapital.com Nov 14 2018 01:38:23      Capital Accounts,
                 Attn: Bankruptcy Dept,    Po Box 140065,    Nashville, TN 37214-0065
517783773      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 01:42:19      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2018 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com, nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 13, 2018
                              Form ID: pdf905          Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Karen A Austin ecf@tannelaw.com,   tanne.ecf.email@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```