| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Karen A Austin** | Social Security number or ITIN    xxx–xx–6242 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:   18–29363–JKS | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Karen A Austin

12/28/18

**By the court:**  John K. Sherwood
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-29363-JKS
Karen A Austin                                                                      Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Dec 28, 2018
                             Form ID: 318          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2018.
```
db             +Karen A Austin,    2241 Stecher Avenue,    Union, NJ 07083-5253
517783765      +Aa Action Collection C,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
517783768      +Apex Asset Management LLC,    1891 Santa Barbara Drive,    Lancaster, PA 17601-4106
517783770      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517783771      +Barnabus Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6504
517783776      +Equifax,    PO BOX   740241,    Atlanta, GA 30374-0241
517783777      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
517783778      +KML Law Group, P.C.,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
517783779     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 PO Box 245,    Trenton, NJ 08695-0245)
517783780      Sunrise Credit Services, Inc,    PO BOX 9100,    Farmingdale, NY 11735-9100
517783781     +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
517783782     +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2018 22:51:02     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2018 22:51:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             EDI: HNDA.COM Dec 29 2018 03:38:00     American Honda Finance Corp.,    P.O. Box 168088,
                 Irving, TX 75016-8088
517783766      EDI: HNDA.COM Dec 29 2018 03:38:00     American Honda Finance,    Attn: Bankruptcy,
                 Po Box 168088,    Irving, TX 75016
517783769      EDI: BANKAMER.COM Dec 29 2018 03:38:00     Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
517783774      EDI: CAPITALONE.COM Dec 29 2018 03:38:00     Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517783772     +E-mail/Text: bankruptcy@usecapital.com Dec 28 2018 22:51:32     Capital Accounts,
                 Attn: Bankruptcy Dept,    Po Box 140065,    Nashville, TN 37214-0065
517783773     +EDI: CAPITALONE.COM Dec 29 2018 03:38:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517783775     +EDI: CITICORP.COM Dec 29 2018 03:38:00     Citibank, NA,    PO Box 769006,
                 San Antonio, TX 78245-9006
                                                                                          TOTAL: 9
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517783767*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 28, 2018
                             Form ID: 318              Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2018 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          Scott E. Tanne    on behalf of Debtor Karen A Austin ecf@tannelaw.com,  tanne.ecf.email@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6